UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-06649-SVW-SP | Date | September 20, 2023 |
|---|---|---|---|
| Title | Pedro Camacho Corona v. Dr. Ortiz et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**    IN CHAMBERS ORDER DISMISSING ACTION

The Court, on August 15, 2023, issued a letter to plaintiff giving notice of unpaid filing fees. Plaintiff was advised if he was unable to pay the entire filing fee at this time, he must sign and complete the attached Request to Proceed without Prepayment of Filing Fees with Declaration in Support (Form CV-60P) in its entirety.

Plaintiff was granted thirty days, to and including September 15, 2023, to pay the fee or file the appropriate documents.

In response, on August 31, 2023, plaintiff filed a Motion Regarding Payment of Court Filing Fees. Plaintiff claims that the filing fees were paid on his behalf; however, the clerk has confirmed with the Fiscal Department that the filing fees remain outstanding.

The plaintiff has not paid the outstanding filing fees and has failed to file the appropriate documents to proceed without payment.

The Court orders the case dismissed.

:

| Initials of Preparer | PMC |
|---|---|